

# The Attorney General

## of Texas

GERALD C. MANN
XXXXXXXXXXXXXXXXXXXXXXXXXX
**ATTORNEY GENERAL**

**Austin 11, Texas**

Honorable O. J. S. Ellingson
General Manager
Texas Prison System
Huntsville, Texas

Dear Sir:

Opinion No. O-1168
Re: From what fund may the Texas
Prison System legally pay
boiler inspection costs?

     This will acknowledge receipt of your letter of February 24, 1940, wherein you request the opinion of this department upon the following matter:

     You desire to be informed as to the fund from which you may legally pay inspection costs, that is, fees and expenses incident to the inspection of your boilers and other machinery.

     Acts 1937, Forty-fifth Legislature, page 893, chapter 436, as amended by Acts 1939, Forty-sixth Legislature, House Bill 419 (Vernon's Civil Statutes, Article 5221c), provides for the inspection of steam boilers, the administration of the Act being under the jurisdiction of the Commissioner of the Bureau of Labor Statistics of the State of Texas, the Act providing for the inspection to be had by the inspector of boilers or any deputy inspector, or by any qualified boiler inspector employed by any county, city and county, or city, or any insurance company, provided that such persons making inspections (other than the inspector of boilers or deputy inspectors regularly employed by the Commissioner) shall first obtain from the Commissioner a commission as an inspector showing his qualifications to make such inspections.

     Item 12 of your Maintenance and Miscellaneous Appropriation, Senate Bill 427, Acts of the Forty-sixth Legislature, reads as follows:

     "General support and maintenance; also includes transportation, re-capture, contingent expenses and liability insurance premiums ....$375,000.00."

We find no specifically itemized appropriation for inspection costs. It is, therefore, the opinion of this department that the items of expense incurred by the Texas Prison System in the employment of authorized persons to inspect the boilers of the system may be paid out of the general support and maintenance or contingent expense item of appropriation quoted above.

If, in the opinion of the Texas Prison System, it becomes necessary to have an inspection made of machinery other than that which the law above referred to requires to be inspected under the jurisdiction of the Commissioner of the Bureau of Labor Statistics, the expenses of such inspection in our opinion, likewise may be paid out of the Maintenance and Miscellaneous Appropriation above referred to.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/R.W. Fairchild
R.W. Fairchild
Assistant

RWF:LM:wc

APPROVED March 22, 1940
s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman